UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: 111 - 97

| | |
|---|---|
| ELIZABETH MARGRABE<br><br>Plaintiff(s)<br><br>- against -<br><br>SEXTER & WARMFLASH, P.C., ETAL<br><br>Defendant(s) | Index #: 07 CIV. 2798<br><br>Date Filed:<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 24, 2007 at 02:55 PM at

115 BROADWAY, ROOM 1505
NEW YORK, NY10006

deponent served the within true copy of the SUMMONS & COMPLAINT on SEXTER & WARMFLASH, P.C., the defendant/respondent therein named,

CORPORATION   by delivering thereat a true copy of each to MS. KATHY KIERNAN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 40 | 5'3 | 135 |

Sworn to me on: July 25, 2007

| Linda Forman | Robin M. Forman | Larry Yee | DAVID GOLDBERG |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 916033 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 492878 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |