LAW OFFICES
OF
## SEXTER & WARMFLASH, P.C.
115 BROADWAY
NEW YORK, N.Y. 10006
(212) 577-2800

DAVID WARMFLASH*
JAMES J. NOUMAIR
JEREMY A. WELFER*

COUNSEL
ALLAN S. SEXTER
ALBERT A. BLINDER

*ALSO ADMITTED IN NEW JERSEY

TELECOPIER: (212) 577-2865
EMAIL: @SWNYLAW.COM

August 16, 2007

BY ECF (Assigned Document Number:    )
AND FACSIMILE (914) 390-4095

Hon. George A. Yanthis, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas St., Room 118
White Plains, New York 10601

   **Re: Margrabe v. Sexter & Warmflash, P.C. et al.**
    **Docket No. 07 CV 02798**

Dear Magistrate Judge Yanthis:

  Sexter & Warmflash, P.C., on behalf of itself, David Warmflash and Michael Present, respectfully requests an extension of time to answer or otherwise move with respect to the Complaint, filed in the above-referenced matter, to and including September 13, 2007.

  Our firm has contacted our insurance carrier, requested a defense, and are in the process of determining who will represent the defendants in this action. According to the docket sheet for this case, the answers for defendants Sexter & Warmflash, P.C. and David Warmflash were due on August 14, 2007, while the answer for defendant Michael Present was due on August 13, 2007. There have been no previous requests for extensions, and counsel for plaintiff consents to the extension.

  Enclosed herewith please find a Stipulation Extending Time To Answer Or Otherwise Move for the aforesaid defendants, dated August 14, 2007. We kindly request that your Honor So Order said Stipulation.

  Although counsel for plaintiff will receive notification from the Court electronically via ECF, we are simultaneously faxing a copy of the letter herein to them.

SEXTER & WARMFLASH

Hon. George A. Yanthis, U.S.M.J.
August 16, 2007
-2-

      Thank you for your attention to this matter.

                              Very truly yours,

                              Jeremy A. Welfer (JW-3061)

JAW:ad
Enclosure
cc: Greenberg & Massarelli LLP (via fax (914) 694-4626)
    Michael Present