UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ELIZABETH MARGRABE,                      : Case No. 07 Civ. 2798

                Plaintiff,    :
                                  STIPULATION EXTENDING
   -against-                            : TIME TO ANSWER OR
                                  OTHERWISE MOVE

SEXTER & WARMFLASH, P.C., DAVID          :
WARMFLASH, and MICHAEL PRESENT,
                                 :
                Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for said Defendants to Answer or otherwise move with respect to the Complaint is extended to and including September 13, 2007. Defendants agree to waive the defenses of personal jurisdiction and service of process.

The Stipulation herein may be filed with the Court without further notice. A facsimile signature will have the same force and effect as an original.

Dated: New York, New York
       August 14, 2007

Greenberg & Massarelli LLP           SEXTER & WARMFLASH, P.C.
Attorneys for Plaintiff              Attorneys for Defendants

By: _____        By: _____
   William Greenberg (WG-0808)           Jeremy A. Welfer (JW-3061)
2929 Purchase Street                 115 Broadway
Purchase, New York 10577             New York, New York 10006
Tel (914) 694-1880                   Tel. (212) 577-2800
Fax (914) 694-4626                   Fax  (212) 577-2865

Index No. 07 Civ. 2798 Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH MARGRABE,

Plaintiff,

-against-

SEXTER & WARMFLASH, P.C., DAVID
WARMFLASH AND MICHAEL PRESENT,

Defendants.

STIPULATION EXTENDING TIME
TO ANSWER OR OTHERWISE MOVE

**SEXTER & WARMFLASH, P.C.**
*Attorneys for* Defendants
115 BROADWAY
NEW YORK, NEW YORK 10006
(212) 577-2800

To
*Attorneys for*

*Service of a copy of the within*
*Dated,*                                   *is hereby admitted.*

*Attorney(s) for*

---

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a
   entered in the office of
   the clerk of the within named Court on

☐ that an Order of which the within is a true copy
   will be presented for settlement to the
   Honorable                    one of
   the judges of the within named Court, at
                                on
                                , at

Dated:

**SEXTER & WARMFLASH, P.C.**
*Attorneys for*
115 BROADWAY
NEW YORK, NEW YORK 10006

Pursuant to 22 NYCRR 130-1.1, the undersigned, an
attorney admitted to practice in the courts of New York
State, certifies that, upon information and belief and
reasonable inquiry, the contentions contained in the
annexed document are not frivolous.

Dated: _____
         *Print signer's name*

**SEXTER & WARMFLASH, P.C.**
*Attorneys for*
115 BROADWAY
NEW YORK, NEW YORK 10006

To
*Attorney(s) for*