08/16/07 16:34 FAX 2123703865  Case 7:07-cv-02798-KMK-GAY   SEXTER & WARMFLASH P.C.  Document 4   Filed 08/17/2007   Page 1 of 2   @001/004

Received: Aug 16 2007 04:35pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

ELIZABETH MARGRABE,

                    Plaintiff,

    -against-

SEXTER & WARMFLASH, P.C., DAVID
WARMFLASH, and MICHAEL PRESENT,

                   Defendants.
-----------------------------------------X

Case No. 07 Civ. 2798 (KMK)(GAY)

STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE MOVE

*USDSNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED:*

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for said Defendants to Answer or otherwise move with respect to the Complaint is extended to and including September 13, 2007. Defendants agree to waive the defenses of personal jurisdiction and service of process.

The Stipulation herein may be filed with the Court without further notice. A facsimile signature will have the same force and effect as an original.

Dated: New York, New York
       August 14, 2007

Greenberg & Massarelli LLP
Attorneys for Plaintiff

By: _____
    William Greenberg (WG-0808)
2929 Purchase Street
Purchase, New York 10577
Tel (914) 694-1880
Fax (914) 694-4626

SEXTER & WARMFLASH, P.C.
Attorneys for Defendants

By: _____
    Jeremy A. Welfer (JW-3061)
115 Broadway
New York, New York 10006
Tel. (212) 577-2800
Fax (212) 577-2865

SO ORDERED: _____
Hon. George A. Yanthis
United States Magistrate Judge.

8/17/07