UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ELIZABETH MARGRABE

      Plaintiff,

-against-

SEXTER & WARMFLASH, P.C., DAVID
WARMFLASH, and MICHAEL PRESENT

      Defendants.
------------------------------------------------------------------------ x

Case No.: 2798/07
(KMK) (GAL)

ECF Case

**NOTICE OF APPEARANCE**

  Defendants SEXTER & WARMFLASH, P.C., DAVID WARMFLASH, and MICHAEL PRESENT through their attorneys KAUFMAN BORGEEST & RYAN LLP hereby appear in the above-entitled action.

Dated: New York, New York
   September 12, 2007

          Yours, etc.,

          KAUFMAN BORGEEST & RYAN LLP

          By: /s/ Andrew R. Jones
          Andrew R. Jones
          Attorneys for Defendants
          SEXTER & WARMFLASH, P.C., DAVID
          WARMFLASH, and MICHAEL PRESENT
          99 Park Avenue, 19th Floor
          New York, New York  10019
          Telephone No.: (212) 980-9600
          Facsimile: (212) 980-9261
          E-Mail: ajones@kbrlaw.com
          KBR File No.: 860.167

TO: William Greenberg, Esq.
    Greenberg & Massarelli, LLP
    2929 Purchase Street
    Purchase, New York  10577
    Telephone: (914) 694-1880