# KAUFMAN BORGEEST & RYAN LLP
### ATTORNEYS AT LAW
99 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: 212.980.9600
FACSIMILE: 212.980.9291
www.kbrlaw.com

**MEMO ENDORSED**

September 12, 2007

<u>VIA FACSIMILE (914) 390-4095
& FIRST CLASS MAIL</u>

Magistrate Judge George A. Yanthis
300 Quarropas Street, Room 118
White Plains, New York 10601-4150
Telephone: (914) 390-4088

Re: *Elizabeth Margrabe v. Sexter and Warmflash, P.C., David Warmflash, and Michael Present*
Case No.: 2798/07 (KMK) (GAL)
KBR File No.: 860.167

Dear Judge Yanthis:

Please allow this correspondence to respectfully request a 30 day extension of the defendants' time to answer or otherwise move with respect to the above-referenced action. Plaintiff does not consent to this request. Please note that we will be contemporaneously filing a notice of appeal electronically.

My Firm was today retained by the defendants Sexter & Warmflash, P.C., David Warmflash and Michael Present (hereinafter collectively "the defendants"), and the defendants' time to answer or otherwise move with respect to plaintiff's Complaint currently expires tomorrow - on September 13, 2007. Accordingly, we respectfully request a 30-day extension of time in which to respond so that we have an opportunity to meet with our clients and formulate our response to plaintiff's Complaint.

Plaintiff opposes this request on the grounds that plaintiff previously provided defendants with an extension of time, prior to my Firm's retention. See the attached August 16, 2007 correspondence to Your Honor with attached stipulation extending defendants' time to respond from August 13, 2007 to September 13, 2007. However, the prior extension was requested because defendants were attempting to have defendants' professional liability insurance carrier

*Under the circumstances the requested 30 day extension is granted. No further extension.*

SO ORDERED:

/s/ George A. Yanthis 9/12/07
Hon. George A. Yanthis
**United States Magistrate Judge.**