# KAUFMAN BORGEEST & RYAN LLP
## ATTORNEYS AT LAW

99 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: 212.980.9600
FACSIMILE: 212.980.9291
www.kbrlaw.com

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
ANN MARIE COLLINS*‡
JONATHAN B. BRUNO*
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*

OF COUNSEL
MARIBETH SLEVIN
SHERRI M. FELDMAN□

APPELLATE COUNSEL
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
CAROL S. DOTY†††
BARBARA-ANN M. COSTELLO
MELINDA B. MARGOLIES*
JEFFREY S. WHITTINGTON◊
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
CHRISTINE HEENAN
BELINDA DODDS-MARSHALL*‡
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JEFFREY W. KLEINER*
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD*
LEONARD B. COOPER††
ANDREW R. JONES
JAMES T. DE SILVA

KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY
TIMOTHY E. MCCARTHY*
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*♦
MATTHEW M. FERGUSON♦
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA□
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALELLA††
ELAN R. KANDEL*†
BRIAN M. SHER*
PAIGE E. COOPERMAN
MARGARET M. O'CONNOR
JOSHUA R. SANDBERG

THOMAS L. GALLIVAN
EILEEN R. FULLERTON††
CORRIE A. HURM
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH*
LAURA B. JUFFA
JOSEPH P. DePAOLA
KATELIN R. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING*
THOMAS LOOKSTEIN

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
◊ ALSO ADMITTED IN MA
♦ ALSO ADMITTED IN TX
□ ALSO ADMITTED IN FL
○ ALSO ADMITTED IN CA
● ADMITTED IN NJ ONLY
D ADMITTED IN CA ONLY
☆ BARRISTER AT LAW

October 11, 2007

**VIA FACSIMILE (914) 390-4152 &**
**FIRST CLASS MAIL**
Judge Kenneth M. Karas
300 Quarropas Street,
White Plains, New York 10601-4150
Telephone: (914) 390-4145

[RECEIVED OCT 15 2007 USDC-WP-SDNY]

Re: *Elizabeth Margrabe v. Sexter and Warmflash, P.C., et al.*
Case No.: 2798/07 (KMK) (GAY)
KBR File No.: 860.167

Dear Judge Karas:

We represent defendants Sexter & Warmflash, P.C., David Warmflash and Michael Present ("defendants") in the above action. We write following the advice received today from Judge Yanthis' Chambers (and confirmed with Your Honor's Chambers) that the above matter is in fact assigned to Your Honor for the purposes of requesting a non-discovery, pre-motion conference (counsel –both for plaintiff and defendants- had inadvertently been proceeding under the incorrect assumption that Judge Yanthis was presiding over such request).

Accordingly, we respectfully request that Your Honor consider:

1. the attached October 5, 2007 correspondence from defendants to Judge Yanthis *inter alia* requesting permission to move to dismiss plaintiff's Complaint pursuant to Rule 12(b)(6) Fed.R.Civ.P. (defendants request a pre-motion conference in connection with the same); and

2. the attached October 9, 2007 response from plaintiff to Judge Yanthis *inter alia* requesting that the matter be placed on the Suspense Calendar or that the Court entertain a motion to stay proceedings.

(As noted, both of the foregoing correspondences were inadvertently addressed to Judge Yanthis. Should Your Honor desire that the attached be re-addressed to Your Honor, please advise of the same and counsel will of course oblige).

[Handwritten margin notes, partially legible: "Defendants shall have 10 days from date of this Order to move or otherwise respond to Complaint. Plaintiff shall have same 10 day period from date of this Order to move to stay proceedings. SO ORDERED." with date 10/17/07]