1

```
 1    SUPREME COURT OF THE STATE OF NEW YORK

 2    COUNTY OF WESTCHESTER : CIVIL TERM: PART 1800

 3    ----------------------------------------X

 4    ELIZABETH MARGRABE and ANTHONY J.
      RUSCIANO, III, as shareholders of
 5    RUSCIANO and SON, CORP., SECOR LANE
      CORP., and VINRUS CORP., suing in the
 6    right of RUSCIANO and SON, CORP.,
      SECOR LANE CORP., and subsidiaries,
 7    and VINRUS CORP., ELIZABETH MARGRABE
      and ANTHONY RUSCIANO, III, Individually,
 8
                             Plaintiffs,
 9
              - against -                  Index No.
10                                         10032-01
      ANTHONY J. RUSCIANO, II, RUSCIANO and
11    SON, CORP., VINRUS CORP., SECOR LANE
      CORP., and subsidiaries, PVE COMPANY
12    JOINT VENTURE, PVE II CO., and
      TONGENE REALTY, COPANY and RUSCIANO
13    ASSOCIATES, INC.

14                           Defendants,

15    ----------------------------------------X
                   Westchester County Courthouse
16                 111 Dr. Martin Luther King Jr. Blvd.
                   White Plains, New York   10601
17                 December 20, 2004

18    B E F O R E:

19
                   HON. W. DENIS DONOVAN,
20                 JUSTICE, SUPREME COURT

21

22
      A P P E A R A N C E S  are on next page.
23

24

25
```

*[Handwritten notation: "Betty Margrabe Rusciano Deposition #1"]*

```
 1            REDIRECT-E. MARGRABE
 2   you.
 3            THE COURT:  If you want to give me
 4   a memorandum, I will take it.
 5            MR. SEXTER:  You gave us the
 6   permission to submit it on the last day of
 7   testimony which we're prepared to do.
 8            THE COURT:  That will be around
 9   April 1st.
10       (Recess.)
11
12       Certified to be a true and accurate
13   transcript.
14
15   Certified to be a true and accurate
16   transcript.
17       [signature: Susan Magee Gallagher]
18   Susan Magee Gallagher,
19   Senior Court Reporter.
20
21
22
23
24
25
```

1

```
                                                              1

 1

 2      SUPREME COURT OF THE STATE OF NEW YORK
        COUNTY OF WESTCHESTER
 3      ---------------------------------------X
        ELIZABETH MARGRABE and ANTHONY J. RUSCIANO,
 4      III, as shareholders of RUSCIANO AND SON,
        CORP., and VINRUS CORP., suing in the right
 5      of RUSCIANO and SON, CORP., SECOR LANE
        CORP., ELIZABETH MARGRABE and ANTHONY
 6      RUSCIANO, III, Individually,
                           Plaintiff,
 7
                  -against-                    Index No.
 8                                             10032/01

 9      ANTHONY J. RUSICANO, II, RUSCIANO and SON,
        CORP., VINRUS CORP., SECOR LANE CORP., and
10      subsidiaries, PVE COMPANY JOINT VENTURE, PVE
        II CO., and TONGENE REALTY, COMPANY and
11      RUSCIANO ASSOCIATES, INC.,

12                         Defendants.
        ---------------------------------------X
13
                       Westchester County Courthouse
14                     111 Dr. Martin Luther King Blvd
                       White Plains, NY 10601
15                     February 10, 2005

16      B E F O R E:

17              HON. W. DENIS DONOVAN,
                     Supreme Court Justice
18
        A P P E A R A N C E S:
19              HARRY D. LEWIS, ESQ. and
                GREENBERG & MASSARELLI, ESQS.
20              Attorneys for Plaintiff
                BY: WILLIAM GREENBERG, ESQ.
21

22              SEXTER & WARMFLASH, P.C.
                Attorneys for Defendant
23              BY:  ALAN SEXTER, ESQ.
                       Of Counsel.
24
                             SUSAN MAGEE GALLAGHER
25                           SENIOR COURT REPORTER
```

*[Handwritten annotations: "Betty Margrabe", "Deposition Testimony", "#2"]*

```
 1            REDIRECT-E. MARGRABE
 2     you.
 3            THE COURT:  If you want to give me
 4     a memorandum, I will take it.
 5            MR. SEXTER:  You gave us the
 6     permission to submit it on the last day of
 7     testimony which we're prepared to do.
 8            THE COURT:  That will be around
 9     April 1st.
10            (Recess.)
11
12     Certified to be a true and accurate
13     transcript.
14
15     Certified to be a true and accurate
16     transcript.
17            [signature]
18     Susan Magee Gallagher,
19     Senior Court Reporter.
20
21
22
23
24
25
```

```
 1    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF WESTCHESTER
 2    ----------------------------------------X
      ELIZABETH MARGRABE AND ANTHONY J. RUSCIANO, III,
 3    AS SHAREHOLDERS OF RUSCIANO & SON CORP., SECTOR
      LANE CORP. AND VINRUS CORP., SUING IN THE RIGHT
 4    OF RUSCIANO & SON CORP., SECTOR LANE CORP. AND
      SUBSIDIARIES, and VINRUS CORP., ELIZABETH MARGRABE
 5    AND ANTHONY RUSCIANO, III INDIVIDUALLY.
                          Plaintiffs,
 6                                             Index No.
                -against-                      10032/2001
 7
      ANTHONY J. RUSCIANO, II, RUSCIANO & SON CORP., VINRUS
 8    CORP., SECTOR LANE CORP., AND SUBSIDIARIES, PVE
      COMPANY JOINT VENTURE, PVE II CO., AND TONGENE
 9    REALTY, COMPANY AND RUSCIANO ASSOCIATES, INC.,
                                            ** FEE DISPUTE **
10                                Defendants.
      ----------------------------------------X
11                     Westchester County Supreme Court
                       111 Dr. Martin Luther King Jr., Blvd.
12                     White Plains, New York  10601
                       April 1, 2005
13
           B E F O R E:
14
               HONORABLE W. DENIS DONOVAN, Judge.
15
      A P P E A R A N C E S:
16              GREENBERG & MASSARELLI, LLP.
                Attorney for the Plaintiff
17              BY:  WILLIAM GREENBERG, ESQ.
                2929 Purchase Street
18              Purchase, New York  10577

19              HARRY D. LEWIS, ESQ.
                Attorney for Elizabeth Margrabe
20              1001 Avenue of the Americas
                New York, New York  10018
21
                SEXTER & WARMFLASH, P.C.
22              Attorney for Sexter and Warmflash
                BY:  ALLAN S. SEXTER, ESQ.
23              115 Broadway
                New York, New York  10006
24
                                IVY V. STUCKEY
25                              SENIOR COURT REPORTER
```

Page 65A

1
2      THE COURT:  Thank you very much.
3      End of everything?
4      (Proceedings concluded.)
5                *     *     *
6      THE ABOVE IS CERTIFIED TO BE A TRUE AND
    ACCURATE TRANSLATION OF MY STENOGRAPHIC NOTES.
7      _____
       G. Dianne Smith
8      Senior Court Reporter
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                    1

 2    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF WESTCHESTER:  CIVIL TERM: WDD
 3    ------------------------------------------------X
      ELIZABETH MARGRABE AND
 4    ANTHONY J. RUSCIANO, III
      AS SHAREHOLDERS OF RUSCIANO & SON CORP.,
 5    SECOR LANE CORP. AND SUBSIDIARIES,
      AND VINRUS CORP., ELIZABETH MARGRABE
 6    AND ANTHONY RUSCIANO,III, INDIVIDUALLY,
                                           Plaintiff(s),
 7
               -against-                          Index No.
 8                                                10032/2001
                                              TM. OF MR. HALPERN
 9
      ANTHONY J. RUSCIANO, II,
10    RUSCIANO & SON CORP., VINRUS CORP.,
      SECOR LANE CORP., AND SUBSIDIARIES,
11    PVE COMPANY JOINT VENTURE,
      PVE II CO., AND TONGENE REALTY,
12    COMPANY AND RUSCIANO ASSOCIATES, INC.,

13                                         Defendant(s).
      ------------------------------------------------X
14                   111 Dr. Martin Luther King, Jr. Blvd.
                     White Plains, New York 10601
15                   June 1, 2005

16    BEFORE:   HONORABLE W. DENIS DONOVAN, JUSTICE

17    A P P E A R A N C E S :

18    FOR THE PLAINTIFF(S):
      GREENBERG & MASSARELLI, LLP
19    2929 Purchase Street
      Purchase, New York 10577
20    WILLIAM GREENBERG, Of Counsel
      ALSO PRESENT:  CRYSTAL M. MASSARELLI, Of Counsel
21
      HARRY D. LEWIS, for Mr. Halpern
22    Law/Consulting/Risk Management
      1001 Avenue of the Americas Fl. 11
23    New York, NY  10018-5469

24
      (APPEARANCES CONTINUED:)
25
```

[Handwritten annotation: "Phil Halpern Testimony"]

```
1                          Page 65A

2            THE COURT:  Thank you very much.

3            End of everything?

4            (Proceedings concluded.)

5                    *      *      *
             THE ABOVE IS CERTIFIED TO BE A TRUE AND
6    ACCURATE TRANSLATION OF MY STENOGRAPHIC NOTES.
                              _____
7                             G. Dianne Smith
                              Senior Court Reporter
8

9

10

...

25
```