UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIZABETH MARGRABE,

                Plaintiff,

    -against-

SEXTER & WARMFLASH, P.C., DAVID
WARMFLASH and MICHAEL PRESENT,

                Defendants.
------------------------------------------------------------------X

Case No.: 07 CV 2798
(KMK) (GAY)

**REPLY AFFIDAVIT OF**
**A. MICHAEL FURMAN**

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

      A. MICHAEL FURMAN, being duly sworn, deposes and says:

      1.    I am a member of the law firm of Kaufman Borgeest & Ryan LLP, attorneys for defendants Sexter & Warmflash, P.C., David Warmflash and Michael Present (hereinafter "defendants" or "Sexter & Warmflash") in the above-captioned matter, and am fully familiar with the facts and circumstances herein based upon my review of the file maintained by my office. I submit this reply affidavit in further support of defendants' instant motion pursuant to Rule 12(b)(6) Fed.R.Civ.P., seeking an Order dismissing plaintiff's Complaint.

      2.    A true and correct copy of Justice George D. Salerno's unpublished Decision and Order, dated October 11, 2007, in the case of <u>Kinberg v. Garr</u>, (Index No. 20612/06, Bronx

County) is attached hereto as Exhibit "R."

Dated: New York, New York
       November 16, 2007

_____
A. Michael Furman

Sworn to before me this
16 day of November 2007

_____
Notary Public

REGINA MASSENBERG
Notary Public, State of New York
No. 01MA6039817
Qualified in Kings County
Commission Expires April 10, 20 10

659188-1

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **REPLY AFFIDAVIT OF A. MICHAEL FURMAN WITH ACCOMPANYING EXHIBIT MARKED "R"** was served via first class mail and ECF on the 16th day of November 2007 upon:

William Greenberg, Esq.
Greenberg & Massarelli, LLP
2929 Purchase Street
Purchase, New York  10577

_____
A. MICHAEL FURMAN