UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH MARGRABE

                    Plaintiff,

      -against-

SEXTER & WARMFLASH, P.C.,
DAVID WARMFLASH and MICHAEL
PRESENT      Defendant.
------------------------------------------------------------x

07 CIVIL 2798 (KMK)(GAY)

(ECF CASE)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Andrew R. Jones, Esq.

☑ **Attorney**

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 4189007

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ **Law Firm/Government Agency Association**

    From: 6/11/08

    To: Ongoing.

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/~~agency~~.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ **Address:** 545 Fifth Avenue, Suite 401, N.Y, N.Y, 10017.

☑ **Telephone Number:** 212-867-4100

☑ **Fax Number:** 212-867-4118

☑ **E-Mail Address:** ajones@fkbllp.com

Dated: 6/12/08