UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ELIZABETH MARGRABE,

               Plaintiff,

               Case No. 07 CV 2798
               (KMK) (GAY)

SEXTER & WARMFLASH, P.C.,
DAVID WARMFLASH AND MICHAEL PRESENT,

               **CONSENT TO CHANGE**
               **ATTORNEY FORM**

            Defendants.

------------------------------------------------------------------ x

      IT IS HEREBY CONSENTED THAT FURMAN KORNFELD & BRENNAN LLP, 545 Fifth Avenue, New York, New York 10017, be substituted as attorneys of record for Defendants, SEXTER & WARMFLASH, P.C., DAVID WARMFLASH AND MICHAEL PRESENT, in the above-captioned action, in place and stead of KAUFMAN BORGEEST & RYAN LLP, as of the date hereof.

Dated: New York, New York
       June 10, 2008

KAUFMAN BORGEEST & RYAN LLP

_____
99 Park Avenue
New York, New York 10016
Phone: (212) 980-9600
Fax: (212) 980-9291

FURMAN KORNFELD & BRENNAN LLP

_____
A. Michael Furman
545 Fifth Avenue, Suite 401
New York, New York 10017
(212) 867-4100

SEXTER & WARMFLASH, P.C.

_____
By: DAVID WARMFLASH, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ELIZABETH MARGRABE.,

                       Plaintiff,

   -against-

SEXTER & WARMFLASH, P.C.,
DAVID WARMFLASH and MICHAEL PRESENT

                    Defendants.
------------------------------------------------------------------------ x

Index No. 07-CV-2798
(KMK) (GAY)

(ECF Case)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE**, that the Defendants SEXTER & WARMFLASH, P.C., DAVID WARMFLASH and MICHAEL PRESENT by their attorneys, FURMAN KORNFELD AND BRENAN LLP, hereby appear in the above-entitled action, and that the undersigned have been retained as attorneys for the Defendant.

Dated: New York, New York
       June 11, 2008

                                               Yours, etc.,

                                               FURMAN KORNFELD AND BRENAN LLP

                                               By: _____
                                               A. Michael Furman
                                               Andrew R. Jones
                                               Attorneys for Defendants,
                                               SEXTER & WARMFLASH, P.C.,
                                               DAVID WARMFLASH and MICHAEL PRESENT
                                               545 Fifth Avenue, Suite 401
                                               New York, New York 10017
                                               (212) 867-4100

TO:   *Counsel for Plaintiff*
        William Greenberg, Esq.
        Greenberg & Massarelli, LLP
        2929 Purchase Street
        Purchase, New York 10577