UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ELIZABETH MARGRABE,

        Plaintiff,

        Case No. 07 CV 2798
        (KMK) (GAY)

SEXTER & WARMFLASH, P.C.,
DAVID WARMFLASH AND MICHAEL PRESENT,

        **CONSENT TO CHANGE**
        **ATTORNEY FORM**

        Defendants.
-------------------------------------------------------------- x

    IT IS HEREBY CONSENTED THAT FURMAN KORNFELD & BRENNAN LLP, 545 Fifth Avenue, New York, New York 10017, be substituted as attorneys of record for Defendants, SEXTER & WARMFLASH, P.C., DAVID WARMFLASH AND MICHAEL PRESENT, in the above-captioned action, in place and stead of KAUFMAN BORGEEST & RYAN LLP, as of the date hereof.

Dated: New York, New York
       June 10, 2008

KAUFMAN BORGEEST & RYAN LLP
_____
99 Park Avenue
New York, New York 10016
Phone: (212) 980-9600
Fax: (212) 980-9291

FURMAN KORNFELD & BRENNAN LLP
_____
A. Michael Furman
545 Fifth Avenue, Suite 401
New York, New York 10017
(212) 867-4100

SEXTER & WARMFLASH, P.C.
_____
By: DAVID WARMFLASH, ESQ.

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: _____

So Ordered: _____
KENNETH M. KARAS
United States District Judge

Dated: June 18, 2008